# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

132574-75(54)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JONATHAN BROWN, a Minor, by his Next
Friend, JACQUELINE ALLEN,
              Plaintiff-Appellee,

v

AMERITECH CORPORATION, INC., d/b/a
SBC AMERITECH,
              Defendant-Appellant.

SC: 132574-75
COA: 262420, 263469
Wayne CC: 03-326653-NF

_____/

On order of the Court, the motion for reconsideration of this Court's April 11, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

d0830